UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X          Chapter 13
In re:                                                                              Case No.: 17-74991-las
       JOHN M. HOEK,
                          Debtor.                    AFFIDAVIT OF SERVICE
---------------------------------------------------------X
STATE OF NEW YORK)
COUNTY OF SUFFOLK) ss.:

      CANDICE RUSSELL, being duly sworn, deposes and says: Deponent is not a party to the action is over 18 years of age and resides in Suffolk County, New York.

      On December 6, 2017, I served the within **Notice of Motion For An Order Avoiding the Liens of Citibank, N.A. and Aladdin Fuel Service, Inc. with Exhibits** upon the following parties at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Office of the U.S. Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, NY  11722

Marianne DeRosa
Standing Chapter 13 Trustee
125 Jericho Tpke
Suite 105
Jericho, NY 11753

Fein, Such & Crane, LLP (via certified mail)
Attorneys for Citibank, N.A.
747 Chestnut Ridge Road
Suite 200
Chestnut Ridge, New York 10977

Citibank, N.A. (via certified mail)
399 Park Avenue
New York, NY 10043
Attn: President and Offices

Kirschenbaum, Phillips & Levy, P.C. (via certified mail)
Attorneys for Aladdin Fuel Service, Inc.
40 Daniel Street
Suite 7
Farmingdale, NY 11735

Aladdin Fuel Service, Inc. (via certified mail)
806 Montauk Highway

Bayport, NY 11705
Attn: President and Officers

ABN AMRO Mortgage Group, Inc. (via certified mail)
2600 W. Big Beaver Road
Troy, Michigan 48084
Attn: President and Officers

Planet Home Lending (via certified mail)
321 Research Parkway
Suite 303
Meriden, CT 06450

                                                            */s/ Candice Russell*
                                                               Candice Russell

Sworn to before me this
6th day of December, 2017

*/s/ Loni Bragin*
Loni Bragin
Notary Public, State of New York
No. 01BR6172194
Qualified in Suffolk County
Commission Expires August 6, 2019